429 A.2d 734

Commonwealth v. Hamlett, Appellant.

Submitted November 16, 1979. H. David Rothman, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

CAVANAUGH, J. filed a memorandum concurring opinion.